UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

ROBERT A. WEIG,

          Plaintiff,

v.                                      Civil Action No. 09-CV-500(A)

GC SERVICES LIMITED PARTNERSHIP,

          Defendant.

---

## STIPULATION SELECTING MEDIATOR

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the Plaintiff and the Defendant that Bruce S. Zeftel, Esq. has been selected, contacted, and has agreed to serve as Mediator for this action.

IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation sessions in good faith, confer with the Mediator regarding the scheduling of conferences, and schedule the initial mediation session in a timely manner, bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

DATED:

_____
Kimberly T. Irving, Esq.
*Attorneys for Plaintiff*
The Law Offices of Kenneth Hiller
6000 North Bailey Avenue – Suite 1A
Amherst, New York 14226
(716) 564-3288

DATED: 9/15/09

_____
Glenn M. Fjermedal, Esq.
*Attorney for Defendant*
Davidson Fink, LLP
28 East Main Street, Suite 1700
Rochester, New York 14614
(585) 546-6448