UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
───────────────────────────────

ROBERT A. WEIG,

                        Plaintiff,

    v.                                          **Civil Action No.  09-CV-0500(A)**

GC SERVICES LIMITED
PARTERSHIP,

                        Defendant
───────────────────────────────

## MEDIATION CERTIFICATION

A mediation session was held on: <u>October 23, 2009</u>

X       **Case has settled.**  The parties have agreed that Glenn Fjermedal, Esq. will prepare the settlement agreement and stipulation for dismissal and that the stipulation will be filed within 30 days.

          Case has settled in part.  The parties have been instructed to file a stipulation setting forth the resolved claims within five (5) business days from the mediation session.

          Case has not settled.  Mediation will continue on: _____.

          Case has not settled.  Mediation is complete.  The case will proceed toward trial pursuant to the Court's scheduling order.

Date: <u>October 23, 2009</u>                        <u>/s/Bruce S. Zeftel</u>
                                                                 Mediator